was entitled to limit its liability upon the ground that the evidence, on plaintiff's own theory, negatives actual knowledge on the part of the barge owner. [*Coryell* v. *Phipps,* 317 U. S. 406, 412; *Flat-Top Fuel Co.* v. *Martin,* 85 F. 2d (C. C. A. 2d Cir.) 39, 42.]) Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.; Martin, P. J., taking no part.

EDGAR J. LAUER et al. v. CITY OF NEW YORK, Impleaded with NEW YORK STEAM CORPORATION et al. (and Seventeen Other Actions Consolidated Herewith.) Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.; Martin, P. J., taking no part.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. 5TH AVE. and 43RD STREET BUILDING CORPORATION et al. against JAMES J. SEXTON et al.— Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.; Martin, P. J., taking no part.

J. EDWIN GOLDMAN v. LOUIS SHULSKY.— Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.; Martin, P. J., taking no part.

RAENORE NOVELTIES, INC., v. ALFRED W. CASE et al. RAENORE NOVELTIES, INC., v. SUPERB STITCHING CO., INC. RAENORE NOVELTIES, INC., v. IDEAL FASTENER CORPORATION. RAENORE NOVELTIES, INC., v. BERT MECHUR et al. RAENORE NOVELTIES, INC., v. SEAL-PLAC, INC. RAENORE NOVELTIES, INC., v. RENA BERNSTEIN et al. RAENORE NOVELTIES, INC., v. RITE STYLE TRIMMING, INC. RAENORE NOVELTIES, INC., v. STUARTAB, INC. RAENORE NOVELTIES, INC., v. LO-BELL NOVELTY INCORPORATED. RAENORE NOVELTIES, INC., v. ACE PLACKET COMPANY, INC. RAENORE NOVELTIES, INC., v. SAMUEL H. GEFFNER et al.— Present — Townley, Glennon, Untermyer and Dore, JJ.

GRAND PAINT SUPPLY CO., INC., Suing on Behalf of Itself and All Other Creditors Similarly Situated, v. P. S. PAINTING CORPORATION et al.— Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.; Martin, P. J., taking no part.

ALFRED C. BLUMENTHAL v. MARGARET F. BLUMENTHAL.— Present — Townley, Glennon, Untermyer, Cohn and Callahan, JJ.

MARGARET B. O'REILLY v. SHEFFIELD FARMS COMPANY, INC.— Present — Townley, Glennon, Untermyer and Dore, JJ.

L. MICHEL PLUMBING & HEATING CORPORATION v. MARPEARL HOLDING CORPORATION et al., Impleaded with Others.— Present — Townley, Glennon, Untermyer, and Dore, JJ.

In the Matter of SAMUEL SIEGEL, an Attorney.— Present — Townley, Glennon, Untermyer, Dore and Callahan, JJ.